IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT JOHN DOYLE,

    Petitioner,

v.                                                    CASE NO. 1:06-cv-00209-MP-AK

STATE OF FLORIDA,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendations of the Magistrate Judge. In the report, the Magistrate recommends that Petitioner Doyle's petition for writ of habeas corpus, brought pursuant to 28 U.S.C. § 2241, be denied, and this case be dismissed without prejudice. The Magistrate Judge filed the Report and Recommendation on Friday, November 17, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

The Court agrees with the Magistrate that since Petitioner is in custody pursuant to a state court judgment, his petition is subject to the additional requirements of 28 U.S.C. § 2254. Petitioner objects that such requirements are not "written in stone and/or universally applied practices," and contends that because he was denied due process at trial, the Court should overlook the requirement of § 2254. The Court declines Petitioner's suggestion. Therefore, having considered the Report and Recommendation and the objections thereto, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is

hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner Doyle's petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2241, Doc. 1, is denied, and this case is dismissed without prejudice.

**DONE AND ORDERED** this   *19th* day of December, 2006

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge